UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LARRY JAMES FORSYTHE, | ) | 2:10-CV-01049-PMP-LRL |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, et al., | ) | |
| Respondents. | ) | |

Before the Court for consideration is Respondent Larry Forsythe's Motion for Relief from Final Judgment, Order, or Proceeding (Doc. #13) filed February 8, 2011. Having reviewed and considered Respondent's Motion,

**IT IS ORDERED that** Respondent Larry Forsythe's Motion Relief from Final Judgment, Order, or Proceeding (Doc. #13) is **DENIED**.

DATED: March 3, 2011.

PHILIP M. PRO
United States District Judge