UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY JAMES FORSYTHE,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | 2:10-CV-01049-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. #17) is **GRANTED.**

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Certificate of Appealability (Doc. #19) is **DENIED**.

DATED: March 30, 2011.

_____
PHILIP M. PRO
United States District Judge